UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY RICHARD CORNELSEN, <br><br> Petitioner, <br><br> vs. <br><br> YANKTON FEDERAL PRISON CAMP, WARDEN HERIBERTO TELLEZ, <br><br> Respondents. | 4:19-CV-04027-LLP <br><br><br> ORDER |

Petitioner, Bradley Richard Cornelsen, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion to proceed in forma pauperis. The court directs the petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED that:

(1) Petitioner's motion to proceed in forma pauperis (Doc. 2) is granted;

(2) the Clerk of Court shall serve upon respondents and the United States Attorney for the District of South Dakota a copy of the petition (Doc. 1) and this order;

(3) within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted.

(4) petitioner may file a reply within 14 days of service of the respondent's response.

DATED this 12th day of February, 2019.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge